**ORIGINAL**

# In the United States Court of Federal Claims

No. 13-516C

(Filed: December 6, 2013)

**FILED**

DEC - 6 2013

U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*
\*
NOBLE SHEKHEM DAAWUUD EL    \*
AMEN RA BEY,    \*
    \*
    Plaintiff,    \*
    \*
v.    \*
    \*
THE UNITED STATES,    \*
    \*
    Defendant.    \*
    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

### ORDER OF DISMISSAL

On September 23, 2013, counsel for the Government filed a motion to dismiss *pro se* Plaintiff Noble Shekhem Daawuud El Amen Ra Bey's complaint pursuant to Rules 12(b)(1) and (6) of the Rules of the Court of Federal Claims. Plaintiff's response was due by October 24, 2013. In a show cause order issued on November 7, 2013, the Court ordered Plaintiff to file his response by December 2, 2013 including a statement explaining why the Court should not dismiss his complaint under Rule 41(b) for failure to prosecute. However, as of the date of this order, Plaintiff has not filed a response.

Accordingly, Plaintiff's complaint is DISMISSED with prejudice under Rule 41(b) for failure to prosecute, and the Clerk is directed to close the case.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge